**Travis Lee BOWEN, Plaintiff–Appellant,**

**v.**

**Robert ARIAIL, 13th Circuit Solicitor; Steve Loftis, Greenville County Sheriff, Defendants–Appellees.**

**No. 10–6919.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

Travis Lee Bowen, Appellant Pro Se.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Lee Bowen appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bowen v. Ariail,* No. 8:10–cv–01249–CMC, 2010 WL 2430921 (D.S.C. June 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*